IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America

    vs          Case Number: 13-04051-09-CR-C-BCW

Gene Edward Rodgers, Jr.

Recorder/CRD: Denise Halasey/C. James
Date: July 26, 2016

Honorable Brian C. Wimes presiding at Jefferson City, Missouri

Time: 1:35 – 1:57
**Dft plead to Count 1 of the superseding indictment on June 8, 2015 which is now accepted by the court.**

**APPEARANCES**     Plaintiff: Jim Lynn
                          Defendant: Patrick Peters
                          Probation: Jaime Drummond

- x_ Defendant appears in person and by counsel.
- x_ No legal cause found to delay.
- x_ PSI report received and reviewed by all parties.
- x_ No Additions/Corrections made
- x_ Allocution accorded.
- x_ Dft sentenced to 24 months on Count 1
- x_ Dft is to self-surrender at the institution on September 9, 2016 before 2:00 p.m.
- x_ Special assessment of $100
- x__ No Restitution
- x__ Fine waived.
- x__ Court orders dft to term of 4 years of Supervised Release on count 1.
- x__ Special Conditions of Supervised Release : 1. Substance abuse testing program; 2. Searches
- x__ Defendant advised of right to appeal.
- x__ All remaining counts are moved to be dismissed by the Government -
- x__ The Court recommends that the defendant be placed in a facility near Kansas City, MO and where he can participate in the 500 hour residential drug treatment program.
- x__ Motion for downward departure is granted.